**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 40 WM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JASON BINGAMAN, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the "King's Bench" Petition is DENIED.